# Order

Michigan Supreme Court
Lansing, Michigan

February 28, 2014

147968

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LORENZO EDWARD ANTHONY,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147968
COA: 314742
Wayne CC: 08-011286-FC

_____/

On order of the Court, the application for leave to appeal the September 23, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014 _____



h0224

Clerk